1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| ARMANDO ORTIZ, | CV F  05-00213 OWW DLB HC |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO RE-FILE PETITIONER'S MOTION FILED ON AUGUST 8, 2005 |
| v. | [Doc. 5] |
| A. A. LAMARQUE, Warden, | |
| Respondent. | |
| _____/ | |

9
10
11
12
13
14
15
16

        Pursuant to Magistrate Judge Theresa A. Goldner's April 25, 2005, order, this action was

consolidated with case number <u>Ortiz v. Lamarque</u>, 03-CV-6303 AWI TAG HC.  Despite the

consolidation order, Petitioner filed a motion in this case on August 8, 2005.  (Court Doc. 5.)

17
18
19

        Because this action was consolidated with case number 03-CV-6303, all documents must

be filed in that case with that case number.  Accordingly, the Clerk of Court is directed to re-file

Petitioner's August 8, 2005, motion at Court Document 5, in case number 03-CV-6303 AWI

20
21

TAG HC.

22

        IT IS SO ORDERED.

23

        **Dated:    August 16, 2005**                              _____ **/s/ Dennis L. Beck**_____

24
3b142a                                              UNITED STATES MAGISTRATE JUDGE

25
26
27
28

1